0     6793

AND NOT
REISSUED